**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Jane Doe and Betty Doe

Appellate case number:   01-21-00510-CV

Trial court case number: 20-CV-1744

Trial court:             450th District Court of Galveston County

Relators, Jane Doe and Betty Doe, have filed a petition for writ of mandamus challenging the trial court's August 18, 2021 order granting the motion to compel deposition filed by real parties in interest, Todd Glover, Animal Hospital of Santa Fe, Glover Veterinary Services, PLLC, and Planned Pethood & Petiatric Clinic. Relators have also filed a motion for emergency relief.

The motion for emergency relief is **granted** and the proceedings in the trial court are **stayed** pending disposition of this appeal.

Real parties in interest are directed to file a response to the petition for writ of mandamus **within 20 days of the date of this order**.

It is so ORDERED.

Judge's signature: ____/s/ Peter Kelly_____
                    ☑ Acting individually     ☐ Acting for the Court

Date:   __September 22, 2021____